**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| L.T., *individually and on behalf of all others similarly situated*, | ) | |
| Plaintiff, | ) | Case No.: 5:25-cv-2223-JRA |
| v. | ) | JUDGE JOHN R. ADAMS |
| SONDERMIND INC., | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant SonderMind's Unopposed Motion to Schedule Motions, and for good cause shown, it is hereby ORDERED:

1. The Unopposed Motion is GRANTED (Doc. #13);
2. Defendant SonderMind may file its Motion to Compel Arbitration on or before March 13, 2026 without waiver of its right to file one further motion to dismiss under Federal Rule of Civil Procedure 12; and
3. If necessary, Defendant SonderMind may file its motion to dismiss under Rule 12 within 30 days after the Court rules on the Motion to Compel Arbitration.

IT IS SO ORDERED.

/s/ John R. Adams

Judge John R. Adams
U.S. District Judge

Dated: March 3, 2026