It is so Ordered.  This matter is hereby dismissed without prejudice.
*/s/ John R. Adams*
U.S. District Judge
March 12, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| L.T., *individually and on behalf of all others similarly situated*, ) <br><br> ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SONDERMIND INC., ) <br> ) <br> *Defendant*. ) <br> ) | Case No.: 5:25-cv-2223-JRA <br><br> Hon. John R. Adams |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff L.T., by and through

her counsel of record, hereby voluntarily dismisses the above-captioned action, without prejudice.

Neither an answer nor a motion for summary judgment has been filed.


Dated: March 11, 2026              Respectfully submitted,

*/s/ Brandon M. Wise*
 Brandon M. Wise
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

Matthew R. Wilson (72925)
Jared W. Connors (101451)
**MEYER WILSON WERNING CO., LPA**
305 W. Nationwide Blvd.
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
jconnors@meyerwilson.com

1